## Commonwealth ex rel. Chambers, Appellant, v. Maroney.

Submitted April 10, 1967. *Frank Chambers*, appellant, in propria persona; *Edwin J. Martin* and *Charles B. Watkins*, Assistant District Attorneys, and *Robert W. Duggan*, District Attorney, for appellee.

Order affirmed.

## Commonwealth ex rel. Cox, Appellant, v. Cox.

Argued March 22, 1967. *Nicholas Kozay, Jr.*, with him *Katz, Kozay, Burgess & Black*, for appellant; *Garland D. Cherry*, for appellee.

Order affirmed.

WRIGHT and HOFFMAN, JJ., dissent for the reasons stated in Judge HOFFMAN's dissenting opinion in Cox v. Cox, 210 Pa. Superior Ct. 65, 231 A. 2d 424.